**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**
**JACKSON DIVISION**

FILED
AUG 19 2014
BARBARA DUNN, CIRCUIT CLERK
BY_____ D.C.

**CAROL HOBSON**                                                       **PLAINTIFF**

V                                                         CAUSE NO.: 14 - 534

**DOLGENCORP, LLC D/B/A**
**DOLLAR GENERAL STORE NO. 7941**
**and JOHN DOES I-V**                                               **DEFENDANTS**

**COMPLAINT**
(Trial By Jury Requested)

**COMES NOW** the Plaintiff, Carol Hobson, by ant through her attorney, and files this her Complaint against the Defendants, Dolgencorp, LLC, d/b/a Dollar General Store No. 7941 and John Does I-V, and in support of the same, Plaintiff would should the following, to-wit:

**JURISDICTION**

1

This Court has proper subject matter jurisdiction over this action. No other Court is vested with the exclusive subject matter jurisdiction of this action under the Constitution and Laws of the State of Mississippi and each of the claims of the Plaintiff set forth herein fall within the State of Mississippi's applicable Statute of Limitations.

2.

This Court may properly assert *in personam* jurisdiction over the Defendants. This Court has *in personam* jurisdiction of each of the Defendants by virtue of the following facts and law:

1. As to the above named Dolgencorp, LLC, d/b/a Dollar General Store No. 7941,, said Defendant is subject to the in *personam* jurisdiction of the Court by virtue of the fact that it did and/or does business within Hinds County, Mississippi, and said Defendant committed a tort in whole or in part in this state against the Plaintiff, as more fully set forth hereinafter.

1

EXHIBIT
A

2. John Doe I-V Defendants are individuals or corporations whose identities cannot be determined at this time. These Defendants were agents or employees of the Defendants' at all relevant times. Plaintiff therefore sues said Defendant by such fictitious names. Plaintiffs will amend and insert the exact name and identity of each of the Defendant Does when ascertained.

## VENUE

**3.**

This court has venue of this action in that the acts complained of herein occurred materially within the Hinds County, Mississippi.

**4.**

The Plaintiff's claims accrued in whole or in part in the first judicial district of Hinds County, Mississippi. Some or all of these Defendants are foreign corporations, which have been and are currently engaged in business, directly or by authorized agent, in Hinds County. Thus, this Court has original Jurisdiction over the parties and subject matter Jurisdiction. Venue is proper in Hinds County, Mississippi, as the injuries of the Plaintiffs, caused by the wrongful acts and omissions of the Defendants, occurred in Hinds County, First Judicial District, Mississippi.

## PARTIES

**5.**

Plaintiff, Carol Hobson is an adult citizen of Hinds County, residing at 4609 Kirkley Drive, Jackson, Mississippi 39206.

**6.**

Defendant, Dolgencorp, LLC, d/b/a Dollar General Store No. 7941, is a foreign corporation organized and existing under the laws of the State of Mississippi with its principal place of business at 3957 Northview Drive, Jackson, Mississippi 39206 and may be served with

process of this Court by service of the Summons and Complaint on its duly authorized and registered agent for service of process, to wit: Corporation Service Company, 506 South President Street, Jackson, Mississippi.

**7.**

Defendants John Does I-V whether singular or plural, are individuals, entities, corporations, firms or other persons whose identities are not yet known to the Plaintiff at this time, who will be named at a later date, but who caused the injuries and damages to Plaintiff, and/or are vicariously liable to the Plaintiff for damages. Plaintiff therefore sues said Defendant by such fictitious names. Plaintiffs will amend and insert the exact name and identity of each of the Defendant Does when ascertained.

## STATEMENT OF FACTS

**8.**

On, or about May 29, 2014, Carol Hobson was a customer and invitee at the Dollar General Store No. 7491 located at 3957 Northview Drive, Jackson, Mississippi, 39206, when at said time and place she was stopped while shopping by a store employee and requested to turn over her purse to be searched by the employee. Plaintiff refused to do so, and was told by the employee that she was going to call the police. The store employee called for another employee, a male, to stay with Plaintiff while she called the police. Plaintiff was detained in the store, at the location where she had been stopped by the store employee until a policewoman arrived. The officer arrived and demanded Plaintiff's purse, and then searched it. After finding nothing, and returning Plaintiff's purse, the officer told Plaintiff that at the request of store management, she was banned from ever entering the store again.

**9.**

The accusations lodged against Plaintiff as being a shoplifter, her detention by store

employee, and the search of her belongings by a police officer, were all done in the full view of the public, customers, other store invitees, and store employees.

**10.**

Prior to being charged and accused of being a shoplifter, Plaintiff had conducted herself as any law abiding customer of Defendant. Despite her lawful conduct as a customer and invitee of Defendant, Plaintiff was negligently, purposely, intentionally, and publically called into disrepute by being wrongfully accused of being a thief.

## CAUSE OF ACTION - DEFAMATION

**11.**

Plaintiff re-states all prior paragraphs and incorporates such herein.

**12.**

Defendant, Dollar General, by and through its employees, is guilty of slanderous and libelous communication in accusing Plaintiff of shoplifting, in public view, to other store employees, and customers, without regard for the untruth of the statements and accusations.

**13.**

The Defendant, Dollar General, is liable to Plaintiff for all damages sustained as consequence of the aforesaid defamatory actions. Defendant, Dollar General's false and defamatory statements, at a minimum, amounts to gross negligence, and Defendant Dollar General is therefore liable to Plaintiff for damages sustained by her

**14.**

The Defendant's lifetime ban against Plaintiff is another public declaration against Plaintiff that is libelous, slanderous and defamatory, in that such an action clearly and unambiguously declares to the world that Plaintiff, without any proof whatsoever, committed a criminal act while on, and in the premises owned by Defendant.

**15.**

This action by the Defendant has further defamed and humiliated Plaintiff, causing her to suffer humiliation, embarrassment, and mental anguish.

**16.**

As a result of these negligent acts, Plaintiff suffered and continues to suffer severe, irreparable injury.

**CAUSE OF ACTION – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND OUTRAGE**

**17.**

Plaintiff re-states all prior paragraphs and incorporates such herein.

**18.**

Defendant Dollar General's intentional and unwarranted misconduct toward Plaintiff, described hereinabove is so outrageous as to shock the conscience.

**19.**

Due to the unlawful detention, accusation criminal shoplifting, and banning by Dollar General, Plaintiff has suffered severe physical and mental anguish and emotional distress, which was reasonably foreseeable by Defendant Dollar General, Plaintiff, and despite the passage of time, Plaintiff continues to have serious and painful difficulties due to the egregious mistreatment by Defendant Dollar General, all of which entitles Plaintiff to an award of damages against the Defendant.

**CAUSE OF ACTION – FALSE ARREST AND IMPRISONMENT**

**20.**

While attempting to conduct business as a customer and invitee at Dollar General, and having committed no crime whatsoever, Plaintiff was accused of a crime by Dollar General, and

5

was falsely and unlawfully detained and imprisoned in the Dollar General Store, at the direction of one or more Dollar General store employees.

**21.**

Such actions were intentional or taken with such reckless disregard of Plaintiff's rights as to be deemed intentional in that wrongful detention and imprisonment of Plaintiff was made without proper inquiry, or investigation.

**22.**

Defendant Dollar General's actions in the detention, imprisonment, and banning of Plaintiff were malicious.

**23.**

The actions taken by Defendant Dollar General's employees violated the constitutional and civil rights of Plaintiff to be free in her person, as required by the First Amended, and also violated her rights to due process, such rights being enforceable through the civil rights statute 42 U.S.C. § 1983.

**24.**

The Defendant Dollar General is liable to Plaintiff for all damages sustained by her as a consequence of the aforesaid detention and imprisonment.

**DAMAGES**

**25.**

The Plaintiff prays that a judgment be entered in her favor against the Defendant as follows:

Compensatory damages against said Defendant, in such amount as my be set by the jury in this cause as reasonable compensation for the damages sustained by the Plaintiff as allowed under law in an amount in excess of the minimum jurisdictional limits of this Court; as follows:

    a.    Acute and prolonged mental anguish and emotional distress;

b.  Embarrassment, humiliation, and damage to reputation;

c.  Loss of freedom during her detention in Defendant's store;

d.  Physical pain and suffering during and after her unlawful detention and imprisonment.

**26.**

Punitive damages against Defendant Dollar General in an amount sufficient to punish said Defendant for its egregious conduct and to deter Defendant and other similarly situated from engaging in such conduce in the future.

**27.**

Further, a claim for attorney's fees for the bad faith actions taken by the Defendant, arising from Defendant's reckless disregard for Plaintiff's fundamental right to fair and equal treatment.

**WHEREFORE,** the Plaintiff demands judgment against Defendant as follows:

a.  That the Court enter judgment against Defendant for compensatory and punitive damages in an amount sufficient to compensate the plaintiff and to deter others from similar willful, wanton, and reckless disregard for the rights of others similarly situated, together with reasonable attorney's fees, pre-judgment and post judgment interest, and all costs of Court herein accruing.

THIS the 16th day of August, 2014.

Respectfully Submitted,

**CAROL HOBSON, PLAINTIFF**

BY: _____
Edward Blackmon, Jr., MSB #3354

**OF COUNSEL:**

Barbara Martin Blackmon, Esq.
Janessa E. Blackmon, Esq.
BLACKMON & BLACKMON, PLLC
Attorneys At Law
907 West Peace Street
Post Office Drawer 105
Canton, Mississippi 39046
Telephone:  (601) 859-1567
Facsimile:  (601) 859-2311

Z:\oldFiles\PREMISES.LIA\Carol Hobson v. Dollar General Store\COMPLAINT 8.8.14.docx

**COVER SHEET**
**Civil Case Filing Form**
(To be completed by Attorney/Party Prior to Filing of Pleading)

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2009)

Court Identification Docket #: 25 1 CO
Case Year: 2014
Docket Number: 534
Local Docket ID:

County # / Judicial District / Court ID (CH, CI, CO)

Month/Date/Year: 08 19 14

This area to be completed by clerk — Case Number if filed prior to 1/1/94

In the **CIRCUIT** Court of **HOLMES** County — Judicial District

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing
[ ] Reinstated
[ ] Foreign Judgment Enrolled
[ ] Transfer from Other court
[ ] Other
[ ] Remanded
[ ] Reopened
[ ] Joining Suit/Action
[ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: Last Name **HOBSON**  First Name **CAROL**  Maiden Name, if applicable ___  M.I. ___  Jr/Sr/III/IV ___

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ___

Business ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

Address of Plaintiff: 4609 Kirkley Drive, Jackson, MS 39206

Attorney (Name & Address): Edward Blackmon, Jr., 907 West Peace Street, Canton, MS 39046    MS Bar No. 3354
___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: /s/ Edward Blackmon

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: Last Name ___  First Name ___  Maiden Name, if applicable ___  M.I. ___  Jr/Sr/III/IV ___

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business: **Dolgencorp, LLC**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A **Dollar General Store No. 7941**

Attorney (Name & Address) - If Known ___    MS Bar No. ___

Damages Sought: Compensatory $ ___  Punitive $ ___   Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

*Domestic Relations*
[ ] Child Custody/Visitation
[ ] Child Support
[ ] Contempt
[ ] Divorce: Fault
[ ] Divorce: Irreconcilable Diff.
[ ] Domestic Abuse
[ ] Emancipation
[ ] Modification
[ ] Paternity
[ ] Property Division
[ ] Separate Maintenance
[ ] Termination of Parental Rights
[ ] UIFSA (eff 7/1/97; formerly URESA)
[ ] Other ___

*Appeals*
[ ] Administrative Agency
[ ] County Court
[ ] Hardship Petition (Driver License)
[ ] Justice Court
[ ] MS Dept Employment Security
[ ] Worker's Compensation
[ ] Other ___

*Business/Commercial*
[ ] Accounting (Business)
[ ] Business Dissolution
[ ] Debt Collection
[ ] Employment
[ ] Foreign Judgment
[ ] Garnishment
[ ] Replevin
[ ] Other ___

*Probate*
[ ] Accounting (Probate)
[ ] Birth Certificate Correction
[ ] Commitment
[ ] Conservatorship
[ ] Guardianship
[ ] Heirship
[ ] Intestate Estate
[ ] Minor's Settlement
[ ] Muniment of Title
[ ] Name Change
[ ] Testate Estate
[ ] Will Contest
[ ] Other ___

*Children/Minors - Non-Domestic*
[ ] Adoption - Contested
[ ] Adoption - Uncontested
[ ] Consent to Abortion Minor
[ ] Removal of Minority
[ ] Other ___

*Civil Rights*
[ ] Elections
[ ] Expungement
[ ] Habeas Corpus
[ ] Post Conviction Relief/Prisoner
[ ] Other ___

*Contract*
[ ] Breach of Contract
[ ] Installment Contract
[ ] Insurance
[ ] Specific Performance
[ ] Other ___

*Statutes/Rules*
[ ] Bond Validation
[ ] Civil Forfeiture
[ ] Declaratory Judgment
[ ] Injunction or Restraining Order
[ ] Other ___

*Real Property*
[ ] Adverse Possession
[ ] Ejectment
[ ] Eminent Domain
[ ] Eviction
[ ] Judicial Foreclosure
[ ] Lien Assertion
[ ] Partition
[ ] Tax Sale: Confirm/Cancel
[ ] Title Boundary or Easement
[ ] Other ___

*Torts*
[ ] Bad Faith
[ ] Fraud
[ ] Loss of Consortium
[ ] Malpractice - Legal
[ ] Malpractice - Medical
[ ] Mass Tort
[ ] Negligence - General
[ ] Negligence - Motor Vehicle
[ ] Product Liability
[ ] Subrogation
[ ] Wrongful Death
[ ] Other **Premises Liabilit**[y]

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT
## JACKSON DIVISION

**CAROL HOBSON**                                                              **PLAINTIFF**

**V**                                                    CAUSE NO.: 14-534

**DOLGENCORP, LLC D/B/A
DOLLAR GENERAL STORE NO. 7941
and JOHN DOES I-V**                                                          **DEFENDANTS**

### SUMMONS

**THE STATE OF MISSISSIPPI**

**COUNTY OF HINDS**

TO:   Dolgencorp, LLC
      d/b/a Dollar General Store No. 7941
      **Corporation Service Company, Registered Agent**
      506 South President Street
      Jackson, Mississippi

### NOTICE TO DEFENDANT(S)

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Edward Blackmon, Jr., Esq. the attorney for the Plaintiff(s), whose address is 907 West Peace Street, Post Office Drawer 105, Canton, Mississippi 39046.

Your response must be mailed or delivered within (30) days from the date of this Summons and Complaint or Judgment by Default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 19 day of Aug, 2014.

                                          Mrs. Barbara Dunn, Clerk
                                          Hinds County Circuit Court
                                          Post Office Box 327
                                          Jackson, MS 39205-0327
                                          BY: _____ D.C.

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT
JACKSON DIVISION

**CAROL HOBSON**                                                             **PLAINTIFF**

**V**                                                                CAUSE NO.: 14-534

**DOLGENCORP, LLC D/B/A**
**DOLLAR GENERAL STORE NO. 7941**
**and JOHN DOES I-V**                                         **DEFENDANTS**

---

### IMPORTANT NOTICE

---

      **PLEASE TAKE NOTICE:** The following discovery instrument(s) is/are being served along with this Summons and Complaint:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST**
**FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS**

PURSUANT TO MISSISSIPPI RULE, FURTHER NOTICE IS HEREBY GIVEN THAT THE ORIGINAL OF THIS DISCOVERY IS BEING RETAINED IN OUR FILES.

      This the _15th_ day of August, 2014.

                                              CAROL HOBSON, PLAINTIFF

                        BY: _____
                                   EDWARD BLACKMON, JR.., MSB #3354

COUNSEL:

BLACKMON & BLACKMON, PLLC
Attorneys At Law
907 West Peace Street
Post Office Drawer 105
Canton, Mississippi 39046
Telephone: (601) 859-1567
Facsimile: (601) 859-2311

Z:\oldFiles\PREMISES.LIA\Carol Hobson v. Dollar General Store\IMPORTANT NOTICE 8.14.14.docx

**COPELAND COOK TAYLOR & BUSH**

September 12, 2014

Arthur S. Johnston, III, Clerk
UNITED STATES DISTRICT COURT
Southern District of Mississippi
501 E. Court Street, Suite 2500
Jackson, MS 39201

      RE: *Carol Hobson vs. Dolgencorp, LLC d/b/a Dollar General Store No. 7941 and John Does 1-V; In the United States District Court for the Southern District of Mississippi, Northern Division*

Dear Mr. Johnston:

      Enclosed please find an original and one copy of the Notice of Removal of this action to the United States District Court for the Southern District of Mississippi, Northern Division to be filed in the above referenced matter. Also enclosed is a Civil Cover Sheet and our firm check in the amount of $400.00 for the filing fee. Please return a copy of the Notice to me stamped "filed" via the messenger delivering same.

      Thank you for your assistance in this matter.

                                      Sincerely yours,

                                      COPELAND, COOK, TAYLOR & BUSH, P.A.

                                      By:_____
                                          Dale G. Russell
                                          Adam V. Griffin

AVG:kbs
Enclosures
cc:    Edward J. Blackmon, Jr., Esquire (w/encl.)

JACKSON | RIDGELAND
600 Concourse, Suite 100
1076 Highland Colony Parkway
Ridgeland, Mississippi 39157

P.O. Box 6020
Ridgeland, MS 39158

Tel (601) 856-7200
Fax (601) 856-7626

GULF COAST | HATTIESBURG

www.copelandcook.com